# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144589

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JERALD SOURS, III,
        Plaintiff-Appellee,

v                                                    SC:  144589
                                                     COA:  301328
TITAN INSURANCE COMPANY,                             Washtenaw CC:  10-000411-NF
        Defendant/Cross-Plaintiff-Appellee,

and

WESTFIELD INSURANCE COMPANY,
        Defendant/Cross-Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the December 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

h0618